# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

BRANDON LEE MYERS, et al.,       )
                                 )
            Plaintiffs,          )
                                 )
vs.                              )    Case No. 04-2098-KHV
                                 )
SDI OF LOUISBURG, L.L.C.,        )
d/b/a SONIC DRIVE IN,            )
            Defendant.           )

## ORDER OF DISMISSAL

NOW ON this  7th  day of  November , 2005, upon the stipulation of the parties, this matter is dismissed, with prejudice, with each side to bear their own cost.

IT IS SO ORDERED.

                              s/ Kathryn H. Vratil
                              ───────────────────────────
                              United States District Judge